UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF | 101 WEST LOMBARD STREET |
| SUSAN K. GAUVEY | BALTIMORE, MARYLAND 21201 |
| U.S. MAGISTRATE JUDGE | MDD_skgchambers@mdd.uscourts.gov |

February 6, 2026

TO: ALL COUNSEL OF RECORD

    Re: Peoples et al v. State of Maryland. *et al*
        Civil Action No. ELH-25-2400

Dear Counsel:

    I am cancelling the supplemental settlement conference currently scheduled for Thursday, February 12, 2025. I ask Counsel and clients to please hold February 19, 2026 on their calendar for now.

    Notwithstanding the informal nature of this letter, it is an Order of the Court, and the Clerk is directed to docket it as such.

                        Sincerely yours,

                        /s/

                        Susan K. Gauvey
                        United States Magistrate Judge